USA civil

ORIGINAL

ORIGINAL

Page 2

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District of Hawaii |
|---|---|
| Name (under which you were convicted): Michael Farinas | Docket or Case No.: CR-03-221-HG-01 CR-03-350-HG-01 |
| Place of Confinement: Federal Correctional Institution Lompoc | Prisoner No.: 89246-022 |

UNITED STATES OF AMERICA

Movant (include name under which you were convicted)

v.   MICHAEL FARINAS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 22 2006
at 12 o'clock and 20 min. PM
SUE BEITIA, CLERK

MOTION   CV06 00163 HG LEK
CV06 00164 HG LEK

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   United States District Court for the District of Hawaii
   300 Ala Moana Boulevard
   Honolulu, Hawaii 96850

   (b) Criminal docket or case number (if you know): CR-03-221-HG-01, CR-03-350-HG-01

2. (a) Date of the judgment of conviction (if you know): March 28, 2005

   (b) Date of sentencing: March 28, 2005

3. Length of sentence: 110 Months

4. Nature of crime (all counts): Conspiracy to distribute and posess with intent to distribute methamphetamine, 21 U.S.C. Sections 841(a)(1) and 846; Aiding and abetting money laundering involving proceeds of unlawful drug activity, 18 U.S.C. Sections 1956(a)(1)(A)(I) and (2)

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty ☒   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?
   Not Applicable

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☒
8. Did you appeal from the judgment of conviction?   Yes ☐   No ☒
9. If you did appeal, answer the following:
   (a) Name of court: _____
   (b) Docket or case number (if you know): _____
   (c) Result: _____
   (d) Date of result (if you know): _____
   (e) Citation to the case (if you know): _____
   (f) Grounds raised: _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☐
   If "Yes," answer the following:
   (1) Docket or case number (if you know): _____
   (2) Result: _____
   _____
   (3) Date of result (if you know): _____
   (4) Citation to the case (if you know): _____
   (5) Grounds raised: _____
   _____
   _____
   _____
   _____
   _____
   _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐   No ☒
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
    (2) Docket or case number (if you know): _____
    (3) Date of filing (if you know): _____

Page 4

    (4) Nature of the proceeding: _____
    (5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____
_____
_____

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ❑  No ❑
    (7) Result: _____
    (8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:
    (1) Name of court: _____
    (2) Docket or case number (if you know): _____
    (3) Date of filing (if you know): _____
    (4) Nature of the proceeding: _____
    (5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____
_____
_____

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ❑  No ❑
    (7) Result: _____
    (8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
    (1)  First petition:    Yes ❑  No ❑
    (2)  Second petition:  Yes ❑  No ❑

Page 5

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: <u>Ineffective Assistance of Counsel: Failure to Object</u>
<u>and Require This Court to Be Bound by the Terms of the Plea Agreement</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
<u>Petitioner was deprived of his right to effective assistance of</u>
<u>counsel when his prior attorney failed to object and require this</u>
<u>Court to be bound by the terms of the plea agreement and the</u>
<u>memorandum of sentencing after this Court adopted both of these</u>
<u>agreements at sentencing thereby making the Guidelines mandatory and</u>
<u>binding in this case, precluding this Court from finding the gun</u>
<u>enhancement applied to this case, and requiring this Court to apply</u>
<u>the "safety valve" departure to this case.</u>
See enclosed Memorandum of Points and Authorities for further
supporting facts and applicable law.

(b) Direct Appeal of Ground One:

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❏    No ❏

    (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❏    No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

Page 6

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
    Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

GROUND TWO: <u>Ineffective Assistance of Counsel: Failure to Object to this Court's Misapplication of Booker to This Case.</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Petitioner was deprived of his right to effective assistance of counsel when prior counsel failed to object to this Court's misapplication of the United States Supreme Court's holding in Booker which limited this Court to Petitioner's admissions when determining the applicable Sentencing Guideline range for this case. See enclosed Memorandum of Points And Authorities for further Supporting facts And Applicable law.

Page 7

**(b) Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ❏  No ❏

(2) If you did not raise this issue in your direct appeal, explain why: _____

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ❏  No ❏

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?
Yes ❏  No ❏

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ❏  No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
Yes ❏  No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND THREE:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ❑   No ❑

    (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ❑   No ❑

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(3) Did you receive a hearing on your motion, petition, or application?
Yes ❑   No ❑

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ❑   No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____
_____
_____
_____
_____

**GROUND FOUR:** _____
_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_____
_____
_____
_____
_____
_____
_____

(b) **Direct Appeal of Ground Four:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ❏  No ❏

  (2) If you did not raise this issue in your direct appeal, explain why: _____
      _____
      _____

(c) **Post-Conviction Proceedings:**

  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ❏  No ❏

  (2) If your answer to Question (c)(1) is "Yes," state:

  Type of motion or petition: _____

  Name and location of the court where the motion or petition was filed: _____
  _____

  Docket or case number (if you know): _____
  Date of the court's decision: _____
  Result (attach a copy of the court's opinion or order, if available): _____
  _____
  _____

  (3) Did you receive a hearing on your motion, petition, or application?
      Yes ❏  No ❏

  (4) Did you appeal from the denial of your motion, petition, or application?
      Yes ❏  No ❏

  (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
      Yes ❏  No ❏

  (6) If your answer to Question (c)(4) is "Yes," state:

  Name and location of the court where the appeal was filed: _____
  _____
  _____

  Docket or case number (if you know): _____
  Date of the court's decision: _____
  Result (attach a copy of the court's opinion or order, if available): _____
  _____
  _____

Page 11

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: Both grounds raised herein were not presented in any federal court. Prior counsel should have raised them at sentencing, which forms the basis for the claims of Ineffective assistance of counsel raised in this motion.

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging?   Yes ☐   No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: _____

(b) At arraignment and plea: Samuel P. King Jr., 735 Bishop Street, #304, Honolulu, Hawaii 96813

(c) At trial: _____

(d) At sentencing: Myles S. Breiner, 345 Queen Street, 2nd Floor, Honolulu, Hawaii 96813

Page 12

(e) On appeal: _____

(f) In any post-conviction proceeding: <u>Michael S. Evans, 18411 Crenshaw Boulevard, Suite 360, Torrance, CA 90504</u>

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐ No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

    (b) Give the date the other sentence was imposed: _____

    (c) Give the length of the other sentence: _____

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐ No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* **Not Applicable**

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

  A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
  (1) the date on which the judgment of conviction became final;
  (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
  (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief: Grant Motion to vacate, Set Aside and/or Correct Sentence, and order a new Sentencing hearing should be conducted.

or any other relief to which movant may be entitled.

*[signature]*
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ _____ (month, date, year).

Executed (signed) on  3/20/06  (date).

*[signature]*
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____

IN FORMA PAUPERIS DECLARATION

_____
[Insert appropriate court]

\* \* \* \* \*

**PROOF OF SERVICE**

1. I served this Motion to Vacate, Set Aside, or Correct a Sentence pertaining to the case <u>United States v. Michael Farinas</u>, Case Nos. CR No. 03-00221HG and CR No. 03-00350HG by sending this document via United States Mail to the United States Attorney, Room 6100-PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96813, Attention Louis Bracco, on March 20, 2006.

2. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 20, 2006

[signature]