## PROOF OF SERVICE

1. I served this PETITIONER'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF HIS MOTION TO VACATE, SET ASIDE, OR CORRECT A SENTENCE BY A PERSON IN FEDERAL CUSTODY PURSUANT TO 28 U.S.C. § 2255 pertaining to the case <u>United States v. Michael Farinas</u>, Case Nos. CR No. 03-00221HG and CR No. 03-00350HG by sending this document via United States Mail to the United States Attorney, Room 6100-PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96813, Attention Louis Bracco, on March 20, 2006.

2. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 20, 2006

*[signature]*

-19-