EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

ELLIOT ENOKI  #1528
First Assistant U. S. Attorney

LOUIS A. BRACCO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  lou.bracco@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. |
|---|---|---|
| Plaintiff, | ) | |
| | ) | CRIMINAL INFORMATION |
| vs. | ) | |
| MICHAEL FARINAS, (01) | ) | |
| ELMER FARINAS, (02) | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

The United States Attorney charges that:

On or about June 27, 2000, in the District of Hawaii, and elsewhere, defendants MICHAEL FARINAS and ELMER FARINAS did knowingly and willfully aid and abet another person (whose name is known to the U. S. Attorney) to conduct and attempt to conduct



EXHIBIT A

a financial transaction affecting interstate commerce to wit, the Western Union wire transfer of $4,000 in United States currency from Honolulu, Hawaii to Los Angeles, California, said monies in fact constituting proceeds of specified unlawful activity to wit: the distribution of controlled substances as described in Indictment Cr. No. 03-00221 (HG). In aiding and abetting such financial transaction, defendants each knew that the monies involved in the financial transaction were proceeds of unlawful drug distribution activity, and, acted with the intent to promote the carrying on of such specified unlawful activity.

All in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i) and (2).

DATED: _____, 2003, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney

LOUIS A. BRACCO
Assistant U.S. Attorney

UNITED STATES v. MICHAEL FARINAS & ELMER FARINAS
Cr. No. 03-00221 (HG)
"CRIMINAL INFORMATION"