1  MICHAEL S. EVANS
   California State Bar No. 146748
2  18411 Crenshaw Boulevard
   Suite 360
3  Torrance, CA 90504
   (310) 545-8192 (Office)
4  (310) 329-5233 (Facsimile)

5  Attorney for Defendant/Petitioner
   MICHAEL FARINAS

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CV-06-00163-HG-LEK |
|---|---|
| Respondent/Plaintiff, | ) CV-06-00164-HG-LEK |
| | ) CR-03-00221-HG |
| v. | ) CR-03-00350-HG |
| | ) |
| MICHAEL FARINAS, | ) PETITIONER'S <u>PRO HAC VICE</u> |
| | ) APPLICATION |
| Petitioner/Defendant. | ) |

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT FOR THE DISTRICT OF HAWAII:

Petitioner/Defendant Michael Farinas hereby requests this Court to grant the application of his retained counsel, Michael S. Evans, to appear <u>pro hac vice</u>. Pursuant to Local Rule 83.1(e), counsel hereby states under penalty of perjury:

1. My residence address is 2420 5th Avenue, Los Angeles, California 90018. My office address is 18411 Crenshaw Boulevard, Suite 360, Torrance, California 90504.

2. On June 11, 1990, I was admitted to practice law in the State of California. Since this date, I have been a member in good

standing of the bar and eligible to practice in the State of California. I was admitted to practice law before the following United States District Courts and United States Courts of Appeal on the dates indicated for each, and am presently a member in good standing of the bars of said Courts:

- United States Court of Appeal for the Fourth Circuit (1995);
- United States Court of Appeal for the Fifth Circuit (1997);
- United States Court of Appeal for the Seventh Circuit (2003);
- United States Court of Appeal for the Ninth Circuit (1993);
- United States Court of Appeal for the Eleventh Circuit (2003);
- United States District Court for the Central District of California (1991);
- United States District Court for the Eastern District of California (1992);
- United States District Court for the Northern District of Illinois (2001);
- United States District Court for the Central District of Illinois (1999);
- United States District Court for the District of Nebraska (2003).

3. I am not currently, nor have I ever been, suspended or disbarred in the above listed courts or any court.

4. I have not made any application to appear pro hac vice in this Court.

5. I hereby designate William M. Domingo, Hawaii Bar No. 3944, a member in good standing of the bar of this Court who

maintains an office within this district, as my associate counsel. His office is located at 568 Halekauwila Street, 2nd Floor, Honolulu, Hawaii 96813.  His telephone number is (808) 521-4323. His written consent to participate in this action as associate counsel is attached hereto.

I declare under penalty of perjury that the forgoing is true and correct.  Executed this 10th day of April, 2006 at Torrance, California.

_____
MICHAEL S. EVANS
Attorney for Defendant/Petitioner
MICHAEL FARINAS

-3-

<u>CONSENT TO APPEAR AS ASSOCIATE COUNSEL</u>

I, William M. Domingo, Hawaii Bar No. 3944, hereby consent to be associate counsel for Michael S. Evans, in the matter of <u>United States v. Michael Farinas</u>, Case Nos. CV-06-00163-HG-LEK, CV-06-00164-HG-LEK, CR-03-00221-HG and CR-03-00350-HG.

Dated: April 11, 2006                     Respectfully Submitted,

*/s/ William M. Domingo*
WILLIAM M. DOMINGO
Hawaii Bar No. 3944
568 Halekauwila Street
2nd Floor
Honolulu, Hawaii 96813

**PROOF OF SERVICE**

1. I served this PETITIONER'S PRO HAC VICE APPLICATION pertaining to the case <u>United States v. Michael Farinas</u>, Case Nos. CV-06-00163-HG-LEK, CV-06-00164-HG-LEK, CR-03-00221-HG and CR-03-00350-HG by sending this document via United States Mail to the United States Attorney, Room 6100-PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96813, Attention Louis Bracco, on April 11, 2006.

2. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 11, 2006

*[signature]*

```
 1  MICHAEL S. EVANS
    California State Bar No. 146748
 2  18411 Crenshaw Boulevard
    Suite 360
 3  Torrance, CA 90504
    (310) 545-8192 (Office)
 4  (310) 329-5233 (Facsimile)

 5  Attorney for Defendant/Petitioner
    MICHAEL FARINAS
 6

 7

 8              UNITED STATES DISTRICT COURT

 9              FOR THE DISTRICT OF HAWAII

10

11  UNITED STATES OF AMERICA,    ) CV-06-00163-HG-LEK
                                 ) CV-06-00164-HG-LEK
12       Respondent/Plaintiff,   ) CR-03-00221-HG
                                 ) CR-03-00350-HG
13       v.                      )
                                 ) [PROPOSED] ORDER
14  MICHAEL FARINAS,             )
                                 )
15       Petitioner/Defendant.   )
                                 )
16  _____)

17
         Having considered the Petitioner's Pro Hac Vice Application,
18
    this Court grants Petitioner's request to have his retained counsel
19
    Michael S. Evans to appear pro hac vice before this Court and to
20
    designate William M. Domingo, Hawaii Bar No. 3944, 568 Halekauwila
21
    Street, 2nd Floor, Honolulu, Hawaii 96813, as associate counsel.
22

23  Dated:  4/12/06                    Leslie E Kobayashi
                                       _____
24                                     UNITED STATES DISTRICT JUDGE

25

26

27

28
```