UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

MICHAEL FARINAS,                    ) Civil No. 06-00164 HG-LEK
                                    ) Criminal No. 03-00350 HG-01
            Movant,                 )
                                    ) NOTICE OF APPEAL
    v.                              )
                                    )
UNITED STATES OF AMERICA,           )
                                    )
            Respondent.              )
                                    )
_____)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 23 2006

at 12 o'clock and 10 min P.M.
SUE BEITIA, CLERK

    Notice is hereby given that Michael Farinas hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Denying Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside Or Correct Sentence By A Person In Federal Custody entered in this action on July 25, 2006. A copy of said order is attached hereto.

Dated: August 22, 2006

                                    Respectfully Submitted,

                                    /s/ Michael S. Evans
                                    _____
                                    MICHAEL S. EVANS
                                    18411 Crenshaw Boulevard
                                    Suite 360
                                    Torrance, CA 90504
                                    (310) 545-8192 (Telephone)
                                    (310) 329-5233 (Facsimile)
                                    criminaldf@aol.com (Email)
                                    Attorney for Movant
                                    MICHAEL FARINAS