## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Appeal was mailed this 22nd day of August, 2006 to United States Attorney, Room 6100-PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96813, Attention Louis A. Bracco, Assistant United States Attorney.

Executed this 22nd day of August, 2006 at Torrance, California.

*[signature: Michael Evans]*

-2-