Office of the Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

Unit 50129
300 Ala Moana Blvd., Room C-338
Honolulu, Hawaii 96850
Ph. 541-1300

*****************************************************************************

TO: CLERK U.S. COURT OF APPEALS

FROM: Anna F. Chang (808-541-3180)

DATE: October 2, 2006

RE: Michael Farinas vs. United States of America
*USDC Hawaii Criminal Case no. 03-00350HG-01*
*Civil No. 06-00164HG-LEK*
**9CCA Appeal No. 06-16674**

Accompanying this memo is a certified copy of the Court's ruling "ORDER DENYING MOVANT'S REQUEST FOR A CERTIFICATE OF APPEALABILITY" filed today, October 2, 2006, in the above-referenced case.

Thank you,

*[signature]*

Anna F. Chang, Docket Clerk

encl.